IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN RIVERA and MARIA GARZA, Individually and On Behalf of All Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No. 3:12-cv-0496 |
| v. | § § | |
| UBM ENTERPRISE, INC. , RUBIRA CORPORATION d/b/a UNION BUILDING SERVICE, JIMMY YOUNGHO AN, CHI KWON CHONG, and JAMES DONG YOO, Individually | § § § § § § § | Jury Demanded |
| Defendants. | § | |

## AGREED SCHEDULING ORDER

The following schedule will govern the deadlines in this case. All deadlines may be altered by agreement of the Parties without the need to move the Court, except the trial deadline and the deadline for pre-trial submissions.

| | | |
|---|---|---|
| 1. | Discovery deadline (all discovery must be served such that the responses and/or the production of documents are due on or before the Discovery Deadline) | November 3, 2014 |
| 2. | Designation of experts by Plaintiffs | September 1, 2014 |
| 3. | Plaintiffs' Expert Report | October 1, 2014 |
| 4. | Designation of Experts by Defendants | September15, 2014 |
| 5. | Defendants' Expert Report | October 15, 2014 |
| 6. | Designation of Rebuttal Experts and Rebuttal Experts' Report | 21 days after applicable expert report |
| 7. | Mediation Deadline | August 30, 2014 |
| 8. | Dispositive motion deadline (including summary judgment, decertification and *Daubert* Challenges) | December 8, 2014 |
| 9. | Parties to exchange witness lists and exhibit lists | March 16, 2015 |

| | | |
|---|---|---|
| 10. | Deadline to file Joint Pre-Trial Order, Motions in Limine, Proposed Jury Instructions, Proposed Jury Questions | March 30, 2015; responses, if any, to Motions in Limine, must be filed and served no later than 10 days thereafter |
| 11. | Pre-Trial Conference | April 6, 2015 |
| 12. | Trial date | April 13, 2015 |

Respectfully submitted and agreed as to form,

/s/ *J. Derek Braziel*
**J. DEREK BRAZIEL**
*Attorney in Charge*

Texas Bar No. 00793380
**MEREDITH MATHEWS**
Texas Bar No. 24055180
Lee & Braziel, L.L.P.

1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

**TAILIM SONG LAW FIRM**

*/s/ Tailim Song*
Tailim Song
State Bar No. 00792845
TSong@TailimSong.com
13140 Coit Road, Suite 350
Dallas, Texas 75240
(214) 528-8400 Telephone
(214) 528-8402 Facsimile

**ATTORNEY FOR DEFENDANTS**
**UBM ENTERPRISE, INC., RUBIRA**
**CORPORATION d/b/a UNION**
**BUILDING SERVICE, JIMMY**
**YOUNGHO AN, CHI KWON CHONG,**
**and JAMES DONG YOO**

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2014, a copy of the foregoing document was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

/s/ J. Derek Braziel
**J. Derek Braziel**